IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GLR-22-60** |
| | * | |
| **WILLIE SMALL** | * | |
| | * | |
| | ******* | |

## MOTION TO STRIKE APPEARANCE

Please strike the appearance of Zachary Stendig, Assistant United States Attorney for the District of Maryland, on behalf of the United States as co-counsel in the above-referenced matter.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Zachary Stendig
Assistant United States Attorney


ORDERED as prayed, this \_\_\_\_\_ day of July, 2022.


_____
Honorable George L. Russell
United States District Judge